IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DURRELLE YARBOUGH** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | |
| **v.** | : | NO. 24-CV-6356 |
| | : | |
| **STATE OF PENNSYLVANIA, et al.,** | : | |
| *Defendants* | : | |

**O R D E R**

**AND NOW**, this 24th day of September 2025, upon consideration of *pro se* Plaintiff Durrelle Yarbough's *Second Amended Complaint,* (ECF No. 19), it is hereby **ORDERED** that:

1. The Second Amended Complaint is **DISMISSED** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), without leave to amend, as follows:

    a. Any claims based on "sovereign-citizen" arguments are **DISMISSED,** with prejudice, for the reasons set forth in the accompanying Memorandum;

    b. Any remaining claims for money damages are **DISMISSED,** without prejudice, as barred by *Heck v. Humphrey*, 512 U.S. 477 (1994). The dismissal is without prejudice to Yarbough filing a new civil action only in the event that his underlying convictions are reversed, vacated, or otherwise invalidated; and

    c. Any remaining claims for injunctive relief are **DISMISSED,** without prejudice**,** to seeking habeas corpus relief in an appropriate action.

2. The Clerk of Court is to **CLOSE** this case.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*